MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS  (CABN 168362)
Assistant United States Attorney

  450 Golden Gate Ave., Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7200
  Fax:  (415) 436-7234
  E-Mail:  Thomas.Stevens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 11-CR-00403 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER RE:  CONTINUANCE OF SENTENCING DATE |
| ABRAHAM VALENTINO, | ) |
| Defendant. | ) |

The United States and the defendant, Abraham Valentino, respectfully submit this Stipulation and [Proposed] Order Re:  Continuance of Sentencing Date, for the Court's consideration.

**STIPULATION**

1. WHEREAS, on July 27, 2011, the defendant pled guilty to counts 1 and 2 of the captioned Information charging him with wire fraud, in violation of 18 U.S.C. § 1343, and engaging in a monetary transaction in property derived from specified unlawful activity (i.e.,

**STIPULATION AND [PROPOSED] ORDER**
**11-CR-00403 JSW**

money laundering), in violation of 18 U.S.C. § 1957, respectively.  The principal allegation in the Information is that the defendant overstated his income on a residential loan application in order to borrow approximately $5.5 million from certain banks to buy a house.

2. WHEREAS, on September 30, 2011, the Court granted the parties' request to continue the sentencing date from November 3, 2011, to December 15, 2011.

3. WHEREAS, on November 30, 2011, the Court granted the parties request to continue the sentencing date from December 15, 2011, to March 1, 2012.

4. WHEREAS, the basis for the continuances was that the house was appraised for an amount that exceeds the loan value, and that a sale of the house and reimbursement of the banks would be significant facts relevant to the defendant's sentencing.  Recently, the defendant's counsel informed the United States and the Probation Office that the proposed sale did not come to fruition, and that the defendant intended to renew his effort to market the property.

5. The United States is requesting one further, brief continuance, to March 22, 2012, or a date thereafter that is convenient to the Court's calendar.  The basis for this request is that counsel for the government expects to be engaged in a trial (*United States v. Arnold and Herholz*, CR-10-0642 CRB) that is predicted to endure through the first week in March.  Because of the somewhat unusual posture of this (*Valentino*) case, the fact that government counsel negotiated the plea agreement, and has engaged in several discussions with defense counsel and the Probation Officer about the nature of the plea agreement and sentencing positions, the government believes that it is important for the undersigned AUSA to continue his involvement in this process through the end of sentencing.

6. NOW, THEREFOR, the parties respectfully request that the Court grant a continuance from March 1, 2012, to March 22, 2012, or a date thereafter that is convenient for the Court.  The Probation Officer has no objection to this request.

**STIPULATION AND [PROPOSED] ORDER**
**11-CR-00403 JSW**

2

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | MELINDA HAAG<br>United States Attorney |
| Dated: January 31, 2012 | /s/<br>THOMAS E. STEVENS<br>Assistant United States Attorney |
| Dated: January 31, 2012 | /s/<br>JAY R. WEILL<br>Attorney for Defendant |

## [~~PROPOSED~~] ORDER

The sentencing of defendant Valentino is hereby continued from March 1, 2012, to March 22, 2012.

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [~~PROPOSED~~] ORDER**
**11-CR-00403 JSW**

3